# EXHIBIT A

May 28, 2014

Brian Lang
President
UNITE HERE Local 26
33 Harrison Avenue, 4th Floor
Boston, MA 02111

RE: 2013/2014 Local 26 contracts

Dear Mr. Lang,

I am a current member of UNITE HERE Local 26 and I am requesting to review active 2013/2014 copies of the following Local 26 collective bargaining agreements. I would also like to review a copy of the expired contract for Courtyard Marriott South Boston. Local 26 negotiated these contracts.

As I am requesting to review several contracts, I would need to accomplish this over the course of at least a month. These contract review sessions will occur in the offices of Local 26 during business hours Monday through Friday within my personal schedule.

Regards,





| Ames Hotel | Boston Park Plaza | Colonnade Hotel | Copley Square Hotel |
| --- | --- | --- | --- |
| Courtyard Marriott Logan | Courtyard Marriott Cambridge | Fairmont Battery Wharf | Fairmont Copley Plaza |
| Hampton Inn & Suites Boston | Hilton Financial District | Hotel Commonwealth | Hyatt Place Braintree |
| InterContinental Hotel | Lenox Hotel | Logan Airport Hilton | Loews Boston |
| Nine Zero | Omni Parker House | Renaissance Boston Waterfront | Ritz Carlton Boston Common |
| Sheraton Boston Hotel & Towers | Sheraton Commander | Taj Boston | W Hotel |
| Westin Copley Place | Westin Waterfront | Amtrak | Simmons College |
| Lesley College | MIT | Courtyard Marriott South Boston | Sky Chef |
| Fenway Park | Harvard Club | Boston Globe | Algonquin Club |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

BOSTON MA 02111

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.79 |

Postmark Here — 05/28/2014

Sent To: Brian Lang, President Local 26
Street, Apt. No.; or PO Box No. 33 Harrison Avenue 4th Floor
City, State, ZIP+4: Boston, MA 02111

PS Form 3800, August 2006    See Reverse for Instructions

7014 0150 0001 7004 4988 4223