## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THOMAS E. PEREZ

        Plaintiff(s)

v.              CIVIL ACTION NO. 16cv10396 GAO

LOCAL UNION 26, UNITE HERE

        Defendant(s)

## JUDGMENT IN A CIVIL CASE

_D.J. O'Toole_

_____  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___x___  **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Opinion and Order [28]. Judgment is granted in favor of the defendant LOCAL UNION 26, UNITE HERE

        ROBERT M. FARRELL
        CLERK OF COURT

Dated: 05/03/2017         By   /s/ Taylor Halley
                                                 Deputy Clerk