UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. 16-10396-GAO |
| v. | ) |
| LOCAL UNION 26, UNITE HERE, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, R. Alexander Acosta, in his official capacity as Secretary of the United States Department of Labor, by and through his attorney, William D. Weinreb, Acting U.S. Attorney for the District of Massachusetts, hereby appeals to the U.S. Court of Appeals for the First Circuit from the district court's (O'Toole, J.) May 3, 2017 *Opinion and Order* [Docket entry 28] and June 29, 2017 *Judgment in a Civil Case* [Docket entry 29].

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:  */s/ Jessica P. Driscoll*
Jessica P. Driscoll, BBO No. 655394
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398
Dated: June 30, 2017                Jessica.Driscoll@usdoj.gov

*Of Counsel for the Plaintiff*:

NICHOLAS C. GEALE
Acting Solicitor of Labor

BEVERLY DANKOWITZ
Associate Solicitor

CLINTON WOLCOTT
Counsel for Labor-Management Advice

ANNA LAURA BENNETT
Attorney

U.S. Department of Labor

# CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2017, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                 */s/ Jessica P. Driscoll*
                                                 Jessica P. Driscoll
Dated: June 30, 2017                       Assistant United States Attorney